Petition for writ of certiorari to the Court of Appeals of Kentucky denied. MR. JUSTICE REED took no part in the consideration and decision of this application. *Mr. H. E. McElwain, Jr.* for petitioner. *Mr. LeWright Browning* for respondent.

No. 244. MADDEN ET AL. *v.* LYKES BROS.-RIPLEY STEAMSHIP CO. ET AL. October 28, 1940. The motion to proceed on the typewritten record is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. *Mr. Alex. W. Swords* for petitioners.

No. 405. NOLL *v.* HUNT, ADMINISTRATRIX. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lee Douglas* for petitioner.

No. 406. YOKOHAMA SPECIE BANK, LTD. *v.* HU SHIH, AMBASSADOR OF THE REPUBLIC OF CHINA TO THE UNITED STATES. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Carroll Single* for petitioner. *Messrs. Lyman Henry, Frederick W. Dorr,* and *Archie M. Stevenson* for respondent.

No. 407. MONTGOMERY WARD & CO. *v.* FLEMING, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Stuart S. Ball* for petitioner.